LAW OFFICES OF NEIL L. SHAPIRO
NEIL L. SHAPIRO (SBN 051547)
2100 Garden Road, Suite C
Monterey, California  93940
Telephone:  (831) 372-3700
Facsimile:    (831) 372-3701

Attorneys for ELECTRONIC ARTS INC., RANDOM HOUSE, INC., WAL-MART STORES, INC., COMPUSA, INC., ELECTRONICS BOUTIQUE, INC., and BEST BUY STORES, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC ARTS INC.,<br><br>   Plaintiff,<br>   v.<br><br>HERBERT ENTERPRISES, LLC, a Washington Limited Liability Company, and HERBERT LIMITED PARTNERSHIP, a Washington Limited Partnership,<br><br>   Defendants. | No. C 03-04935 CW<br><br>No. C 04-03180 CW<br><br>**STIPULATION AND ORDER DISMISSING CONSOLIDATED ACTIONS WITH PREJUDICE** |
| HERBERT LIMITED PARTNERSHIP,<br><br>   Plaintiff,<br>   v.<br><br><br>SONY  MUSIC  ENTERTAINMENT, INC., *et al.*,<br>   Defendants. | |

1

1    IT IS HEREBY STIPULATED, by and between the parties through their respective
2 counsel of record, that each of the above-captioned consolidated actions shall be dismissed with
3 prejudice, each party to bear its own attorneys' fees and costs.

4
5 Dated: April 27, 2006                    DONALDSON & HART
                                           JOSEPH F. HART
6
7                                          By___/s/_____
                                           Attorneys for HERBERT LIMITED
8                                          PARTNERSHIP
9
10 Dated: April 28, 2006                   LAW OFFICES OF NEIL L. SHAPIRO
                                           NEIL L. SHAPIRO
11
12
13                                         By___/s/_____
                                               Attorneys for ELECTRONIC ARTS
                                           INC., RANDOM HOUSE, INC., WAL-MART
14                                         STORES, INC., COMPUSA, INC.,
                                           ELECTRONICS BOUTIQUE, INC., and
15                                         BEST BUY STORES, L.P.
16
17 Dated: April 28, 2006                   KMZ ROSENMAN
                                           DAVID HALBERSTADTER
                                           KRISTIN HOLLAND
18
19
20                                         By___/s/_____
                                               Attorneys for UNIVERSAL CITY
                                           STUDIOS LLLP and UNIVERSAL
21                                         STUDIOS LICENSING LLLP
22
23 Based upon the foregoing Stipulation, IT IS SO ORDERED.

24      May 11,
   Dated: ~~April~~ __, 2006              _____
25                                              United States District Judge
26
27
28